UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re: CRANE, TRICIA L.   Case No. 13-33880
CRANE, ANTHONY A.

Debtor(s)   Judge Mary Ann Whipple

## MOTION FOR TURNOVER

Now comes Ericka S. Parker, Trustee and moves this Court pursuant to 11 U.S.C. § 542 for an Order directing the Debtor(s) to surrender the following property on or before January 2, 2014:

The 2010 Toyota Camry LE along with the keys and title.

In support thereof, the Trustee asserts that these funds are assets of the estate.

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order directing the Debtor(s) to turn over said property for administration as a part of the bankruptcy estate.

Respectfully submitted,

**/s/Ericka S. Parker**
Ericka S. Parker (0068217)
232 10th Street
Toledo, OH 43604
419-243-0900
FAX (419) 243-0955

## CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

Please take note that the Respondent has fourteen days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant c/o Ericka S. Parker, Law Offices of Ericka S. Parker LLC, 232 10th Street, Toledo, OH 43604, the Court may grant the relief requested without hearing.

I certify that on 12/3/2013, a true and correct copy of the Motion for Turnover was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

EDWARD LEE SCHIMMEL, on behalf debtor(s) at schimmel@northwoodlaw.net

Office of the US Trustee at (Registered address) at usdoj.gov

And by regular U.S. mail, postage prepaid on:

CRANE, TRICIA L. and CRANE, ANTHONY A., Debtor(s) at 5904 ROUNDING RIVER LN., TOLEDO, OH 43611

**/s/Ericka S. Parker**
Ericka S. Parker (0068217)
232 10th Street
Toledo, OH 43604
419-243-0900
FAX (419) 243-0955
esparker@sbcglobal.net